IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | NO. 6:22-CR-109-JDK-KNM |
| v. § | |
| § | |
| FRANCISCO MOLINA-GONZALEZ § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, **Francisco Molina-Gonzalez**, through his counsel of record, Matt Millslagle, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Allen H. Hurst*
ALLEN H. HURST
Assistant United States Attorney
State Bar No. 10313280
110 North College St., Suite 700
Tyler, Texas 75702
903-590-1400
903-590-1436 (fax)
Email: Allen.Hurst@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via the court's CM/ECF system on November 14, 2022.

                                                         /s/Allen H. Hurst
                                                         ALLEN H. HURST